# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 99-50791
Summary Calendar

D.C. Docket No. EP-97-CV-502-H

U.S. COURT OF APPEALS
**FILED**
APR 1 7 2000
CHARLES R. FULBRUGE III
CLERK

JOSE G LARA; E J LOZANO; ALFREDO JUAREZ; G TIM HERVEY; EARL L HARBECK; VOLAR CENTER FOR INDEPENDENT LIVING; LUIS ENRIQUE CHEW; DESERT ADAPT; MYRA MURILLO; MARGARITA LIGHTBOURNE-HARBECK

    Plaintiffs - Appellants

v.

CINEMARK USA, INC

    Defendant - Appellee

Appeal from the United States District Court for the Western District of Texas, El Paso.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

## JUDGMENT

This cause came on to be heard on the record on appeal and was taken under submission on the briefs on file.

ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court that the judgment of the District Court in this cause is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: **MAY 0 9 2000**

A true copy
Test

Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
    Deputy

MAY 0 9 2000

168

UNITED STATES COURT OF APPEALS
For the Fifth Circuit

U.S. COURT OF APPEALS
FILED
APR 17 2000
CHARLES R. FULBRUGE III
CLERK

No. 99-50791
Summary Calendar

JOSE G. LARA, E.J. LOZANO, ALFREDO JUAREZ, G. TIM HERVEY, EARL L. HARBECK, VOLAR CENTER FOR INDEPENDENT LIVING, LUIS ENRIQUE CHEW, DESERT ADAPT, MYRA MURILLO, MARGARITA LIGHTBOURNE-HARBECK,

Plaintiffs-Appellants,

VERSUS

CINEMARK USA, INC.,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Texas

Before DAVIS, EMILIO M. GARZA and DENNIS, Circuit Judges.

PER CURIAM[*]:

Plaintiffs appeal the district court's denial of expert witness fees pursuant to 42 U.S.C. § 12205, which permits district courts to award "a reasonable attorney's fee, including litigation expenses, and costs" to a party prevailing under the ADA. Plaintiffs premise this appeal upon the district court's August 21,

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1998 Order granting summary judgment on behalf of Plaintiffs. Recently, this Court reversed that order and rendered judgment for Defendant, Cinemark, Inc. Accordingly, Plaintiffs are not a prevailing party and may not obtain fees and costs under 42 U.S.C. § 12205. The judgment of the district court is therefore affirmed.